**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**ROBBIE DALE BOYD**                                                                            **PLAINTIFF**

**V.**                                                                              **NO. 3:23-CV-289-DMB-RP**

**OFFICER JOHNNY COLE and
RIPLEY POLICE DEPARTMENT**                                                     **DEFENDANTS**

**JUDGMENT**

In accordance with the order issued this day, this case is dismissed without prejudice.

**SO ORDERED**, this 18th day of March, 2024.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**